UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| CHAYA WERFEL, as personal representative of the Estate of Joseph Werfel, et al., <br><br> Appellants <br><br> v. <br><br> PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Appellees | Case No. 23-1286 |

**ENTRY OF APPEARANCE**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorneys hereby appear as counsel for:

All Appellants: Chaya Werfel, as personal representative of the Estate of Joseph Werfel, Estate of Joesph Werfel, Saul Goldstein, individually and as parent and natural guardian of EG, ADG, NG, and BG, minors, Miriam Goldstein. individually and as parent and natural guardian of EG, ADG, NG, and BG, minors, Malka Goldstein, Moshe Gedaliah Goldstein, Sarah Rivkah Goldstein, Mordechai Goldstein, Basya Yehudis Goldstein, EG, ADG, NG, BSG, Norman Isaac Heching, Yakova Kupinsky, individually and as personal representative of the Estate of Rabbi Aryeh Kupinsky, and as parent and natural guardian of MK and YK, minors, Estate of Rabbi Aryeh Kupinsky, Eliyahu Kupinsky, Yitzchak Kupinsky, Devorah Kupinsky, MK, YK, Haya Malca Levine, individually and as personal representative of the Estate of Rabbi Kalman (Cary) Levine, and as parent and natural guardian of YYL, Estate of Rabbi Kalman (Cary) Levine, Michal Leah Levine, individually and as parent and natural guardian of minor HYA, HYA, Bassheva Miriam Pelcovits, individually and as parent and natural guardian of minors LYP, YMP, NBP, and YCP, LYP, YMP, NBP, and YCP, Yitzchok Meir Levine, Yerachmiel Levine, Moshe Levine, Avraham Levine, Aharon Levine, Chana Levine, YYL, Stefanie

Levine Breslauer, Shelley Levine, Avraham Nefoussi, Akiva Pollack, David Samuel Salis, individually and as parent and natural guardian of EYS, Dana Lee Salis, individually and as parent and natural guardian of EYS, EYS, Bashy Miriam Twersky, individually and as personal representative of Estate of Rabbi Moshe Twersky, Meshulem Twersky, individually and as personal representative of Estate of Rabbi Moshe Twersky and as parent and natural guardian of minors R.T.(1), C.T., E.T.(1), Y.T., M.T., E.T.(2), and S.T, R.T.(1), C.T., E.T.(1), Y.T., M.T., E.T.(2), S.T, Estate of Rabbi Moshe Twersky, Refael Twersky, individually and as parent and natural guardian of minors A.T., I.T., and R.T.(2), AT, IT, RT, Nechama Charlap, Rivka Walder, individually and as parent and natural guardian of minors Y.A.W., I.W. and Y.W., YAW, IW, YW, Avraham Twersky, Rinal Saif, individually and as personal representative of Estate of Zidan Saif and as parent and natural guardian of L.S., minor, Estate of Zidan Saif, Julia Saif, Nuhad Saif, L.S., Briana Hazel Goldberg, individually and as personal representative of the Estate of Rabbi Avraham Samuel Goldberg, Estate of Rabbi Avraham Samuel Goldberg, Deborah (Goldberg) Hammond, Rivka Goldberg Sireling, Hadassa Treuhaft, Libby Goldberg, Adrian Goldberg, Elisheva Goldberg,

Appellants in the above-captioned case.

Asher Perlin
Name of Counsel
*s/ Asher Perlin*
Signature of Counsel
Law Office of Asher Perlin
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Telephone: 786-687-0404
Email: asher@asherperlin.com

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies as follows:

The following individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. See 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below:

United States of America (Intervenor)
Zachary A. Avallone
Jordan D. Factor
Allen Vellone Wolf Helfrich & Factor P.C.
Squire Patton Boggs (US) LLP
Joseph S. Alonzo
Gassan A. Baloul
Mitchell R. Berger
Amy Brown Doolittle
Brent R. Owen
David J. Lizmi
Mayer Brown LLP

DATED this 28th day of September 2023.

Respectfully Submitted,

*s/ Asher Perlin*
Asher Perlin, Esq.
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Telephone: 786-687-0404
Email: asher@asherperlin.com
*Attorney for Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2023, a true and correct copy of the foregoing **Entry of Appearance and Certificate of Interested Parties**, was electronically served upon all counsel of record via *ECF* or email.

                                                      *s/ Asher Perlin*