UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Werfel, et al.

v.

Palestine Liberation Organization, et al.

Case No. 23-1286

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

The Palestine Liberation Organization; The Palestinian Authority, aka Palestinian Interim Self-Government Authority, aka Palestinian National Authority; and Riyad Mansour, as the representative of The Palestine Liberation Organization and The Palestinian Authority.

[Party or Parties][1]

Appellees/Respondents, in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

---

Amy Brown Doolittle

Name of Counsel

/s/ Amy Brown Doolittle

Signature of Counsel

2550 M Street, NW, Washington, DC 20037/202-457-6000

Mailing Address and Telephone Number

amy.doolittle@squirepb.com

E-Mail Address

---

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies² as follows:

✔ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

There are no individuals or entities with an interest or relationship to the litigation or outcome of the litigation to disclose; however, the following attorneys appeared in the district court proceedings but will not be making an appearance in this Court: Brent Rollow Owen and David J. Lizmi (appearance withdrawn on 3/7/23).

☐ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

9/28/2023
Date

/s/ Amy Brown Doolittle
Signature

---

² Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

✔  All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On   9/28/2023   I sent a copy of this Entry of Appearance
          [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                              [state method of service]

9/28/2023
_____
Date

/s/ Amy Brown Doolittle
_____
Signature