UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert　　　　　　　　　　　　　　　　　　　　　　　　　　Jane K. Castro
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

October 04, 2023

Mr. Zach A. Avallone
U.S. Department of Justice
Federal Programs Branch
1100 L Street, NW, Suite 12310
Washington, DC 20005

**RE:**     **23-1286, Werfel, et al v. Palestine Liberation Organization, et al**
            Dist/Ag docket: 1:21-CV-03043-GPG-STV

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect:

An entry of appearance and certificate of interested parties has not been filed as required by 10th Cir. R. 46.1.

Please correct the stated deficiency within three days of the date of this notice if the United States intends to participate in this appeal. If it does not intend to participate in the appeal, please file a "notice of non-participation" with the court as soon as possible.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Counsel of record

CMW/klp