IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| CHAYA WERFEL, et al.,<br>　　　Plaintiffs-Appellants,<br><br>v.<br><br>THE PALESTINE LIBERATION ORGANIZATION, et al.,<br>　　　Defendants-Appellees.<br><br>UNITED STATES OF AMERICA,<br>　　　Intervenor-Appellant. | Nos. 23-1286, 23-1335 |

**UNOPPOSED MOTION FOR A SIX-DAY EXTENSION
OF TIME TO FILE REPLY BRIEF**

Pursuant to Federal Rule of Appellate Procedure 27, Intervenor-Appellant the United States of America respectfully requests a 6-day extension of time, to and including June 3, 2024, to file its reply brief in this case. This motion is unopposed. Plaintiffs-Appellants respectfully request that, if the United States' reply deadline is extended, that the deadline for their reply brief also be extended so that the respective reply briefs remain due on the same date. In support of this motion, Intervenor-Appellant states the following:

**1.** This case involves the constitutionality of a federal statute, the Promoting Security and Justice for Victims of Terrorism Act of 2019 (PSJVTA). The United States intervened in the district court to defend the PSJVTA's constitutionality. After

the district court held that the jurisdictional provisions of the PSJVTA are unconstitutional, the plaintiffs and the United States appealed. On November 8, 2023, this Court granted the parties' motion to consolidate the two appeals and entered a briefing schedule whereby appellants' respective opening briefs would be due on January 17, 2024, the appellees' response brief would be due within 60 days of the filing of the opening briefs, and the appellants' respective reply briefs would be due within 42 days of the filing of the response brief.

**2.** On January 16, 2024, this Court granted Plaintiffs-Appellants' unopposed motion to extend the time to file their opening brief until January 29, 2024, and also extended the United States' deadline to file its opening brief to that same date. The appellants' respective opening briefs were timely filed on that date.

**3.** On February 28, 2024, this Court granted Defendants-Appellees' unopposed motion to extend the time to file their response brief until April 10, 2024, and their motion to file an oversized brief up to 15,000 words. Defendants-Appellees' response brief was timely filed on that date. Under this Court's November 8, 2023 scheduling order, appellants' respective reply briefs are currently due on May 28, 2024.

**4.** The United States respectfully requests a six-day extension of time, until June 3, 2024, to file its reply brief in this matter. The requested extension is necessary to ensure adequate time to prepare and file the brief and to coordinate review with interested agencies and components of the Department of Justice.

Courtney Dixon, who has primary responsibility for the government's reply brief in this matter, will be presenting oral argument in *Ward v. Alaska*, No. 22-70141 (9th Cir.), in Anchorage, Alaska, on May 21, 2024. Ms. Dixon will be out of the office from May 19-27, 2024, in connection with that trip. In addition, during the current briefing schedule, Ms. Dixon has had primary responsibility for the government's brief in *Tennessee v. Becerra*, No. 24-5220 (6th Cir.), which was filed on April 26, 2024, on an expedited briefing schedule, and Ms. Dixon is co-counsel on the government's brief in a related case, *Oklahoma v. HHS*, No. 24-6063 (10th Cir.), which is due on May 10, 2024, on an expedited briefing schedule.

Sharon Swingle is the supervisor on this case and also has supervisory responsibility for the following briefs and oral arguments in the court of appeals: *Koletas v. United States*, No. 24-10545 (11th Cir.) (response brief due May 1, 2024); *City of Billings, et al. v. TSA, et al.*, No. 23-1290 (D.C. Cir.) (response brief due May 1, 2024); *Moharam v. TSA, et al.*, No. 23-1184 (D.C. Cir.) (response brief due May 7, 2024); *Iran Thalassemia Soc'y v. Office of Foreign Assets Control*, No. 22-35366 (9th Cir.) (oral argument May 13, 2024); *Al-Baluchi v. Sec'y of DOD, et al.*, No. 23-5251 (D.C. Cir.) (response brief due June 7, 2024).

**5.** Counsel for Defendants-Appellees and counsel for Plaintiffs-Appellants have represented that they do not oppose this request. Counsel for Plaintiffs-Appellants request that, if the Court extends the deadline for the United States to file

3

its reply brief, that the Court also extend the deadline for Plaintiffs-Appellants' reply brief so that the respective reply briefs remain due on the same date.

## CONCLUSION

For the foregoing reasons, the United States respectfully requests a 6-day extension of time for the filing of the reply brief, to and including June 3, 2024.

                                                Respectfully submitted,

                                                SHARON SWINGLE
                                                  s/ Courtney L. Dixon
                                              COURTNEY L. DIXON
                                                (202) 353-8189
                                              Attorneys
                                              Civil Division, Appellate Staff
                                              U.S. Department of Justice
                                              950 Pennsylvania Ave., N.W., Rm. 7246
                                              Washington, D.C.  20530

MAY 2024

## CERTIFICATE OF SERVICE

I certify that on May 1, 2024, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

s/ Courtney L. Dixon<br>
COURTNEY L. DIXON