FILED
United States Court of Appeals
Tenth Circuit

October 31, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

CHAYA WERFEL, et al.,

    Plaintiffs - Appellants,

v.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

    Defendants - Appellees.

-------------------------------

UNITED STATES OF AMERICA,

    Intervenor.

No. 23-1286
(D.C. No. 1:21-CV-03043-GPG-STV)
(D. Colo.)

_____

CHAYA WERFEL, et al.,

    Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

    Defendants - Appellees.

-------------------------------

UNITED STATES OF AMERICA,

    Intervenor - Appellant.

No. 23-1335
(D.C. No. 1:21-CV-03043-GPG-STV)
(D. Colo.)

_____

**ORDER**

_____

This matter is before the court on Appellants' *Consent Motion for Additional Time for Oral Argument*. The motion is denied. The oral argument set for November 19, 2024 at 9:00 a.m. in Denver, Colorado remains set as scheduled. These cases will be set last on the court's November 19, 2024 docket.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk