

**U.S. Department of Justice**
Civil Division
950 Pennsylvania Ave NW
Washington, DC 20530

Tel: 202-353-8189

VIA CM/ECF

December 9, 2024

Chris Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

RE: *Werfel, et al. v. PLO, et al.*, Nos. 23-1285, 23-1335 (10th Cir.)

Dear Mr. Wolpert:

    We write to inform the Court that the Supreme Court has granted certiorari in *Fuld v. Palestine Liberation Org.*, No. 24-20 (S. Ct.), and *United States v. Palestine Liberation Org.*, No. 24-151 (S. Ct.), to address whether the Promoting Security and Justice for Victims of Terrorist Act's means of establishing personal jurisdiction complies with Fifth Amendment due process.

                                          Sincerely,

                                          Sharon Swingle
                                          */s/ Courtney L. Dixon*
                                          Courtney L. Dixon
                                          Attorneys

cc:    all counsel (via CM/ECF)