FILED
United States Court of Appeals
Tenth Circuit

December 11, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

CHAYA WERFEL, et al.,

    Plaintiffs - Appellants,

v.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

    Defendants - Appellees.

------------------------------

UNITED STATES OF AMERICA,

    Intervenor.

_____

No. 23-1286
(D.C. No. 1:21-CV-03043-GPG-STV)
(D. Colo.)

CHAYA WERFEL, et al.,

    Plaintiffs,

v.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

    Defendants - Appellees.

------------------------------

UNITED STATES OF AMERICA,

    Intervenor - Appellant.

No. 23-1335
(D.C. No. 1:21-CV-03043-GPG-STV)
(D. Colo.)

_____

**ORDER**

_____

Before **BACHARACH**, **BALDOCK**, and **CARSON**, Circuit Judges.
_____

These matters are before the court *sua sponte*. No later than December 18, 2024, any party may show cause in writing why these appeals should not be abated pending the Supreme Court's issuance of a decision in *United States v. Palestine Liberation Organization, et al.*, No. 24-151; and *Miriam Fuld, et al. v. Palestine Liberation Organization, et al.*, No. 24-20. The parties' responses may each be no longer than five pages in a 13- or 14-point font. Alternatively, any party may choose not to respond to this order, which will be deemed acquiescence in abatement.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk