FILED
United States Court of Appeals
Tenth Circuit

December 19, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

CHAYA WERFEL, et al.,

    Plaintiffs - Appellants,

v.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

    Defendants - Appellees.

------------------------------

UNITED STATES OF AMERICA,

    Intervenor.

No. 23-1286
(D.C. No. 1:21-CV-03043-GPG-STV)
(D. Colo.)

_____

CHAYA WERFEL, et al.,

    Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

    Defendants - Appellees.

------------------------------

UNITED STATES OF AMERICA,

    Intervenor - Appellant.

No. 23-1335
(D.C. No. 1:21-CV-03043-GPG-STV)
(D. Colo.)

_____

**ORDER**

_____

Before **BACHARACH**, **BALDOCK**, and **CARSON**, Circuit Judges.
_____

These matters are before the court on Plaintiffs-Appellants' response to our order to show cause why these appeals should not be abated pending the Supreme Court's issuance of a decision in *United States v. Palestine Liberation Organization, et al.*, No. 24-151; and *Miriam Fuld, et al. v. Palestine Liberation Organization, et al.*, No. 24-20. By not responding to our order to show cause, both the United States and Defendants-Appellees have acquiesced in abatement. Upon careful consideration, we direct as follows.

This matter is ABATED pending the Supreme Court's issuance of a decision in *United States v. Palestine Liberation Organization, et al.*, No. 24-151; and *Miriam Fuld, et al. v. Palestine Liberation Organization, et al.*, No. 24-20. Within 90 days of the date of this order, and every 30 days thereafter, the parties shall file a joint status report advising this court of the status of the Supreme Court's proceedings in Nos. 24-151 and 24-20. Upon the issuance of the Supreme Court's decision in those cases, the parties shall notify this court forthwith.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk