UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| CHAYA WERFEL, as personal representative of the Estate of Joseph Werfel, et al., <br><br> Appellants <br><br> v. <br><br> PALESTINE LIBERATION ORGANIZATION, et al. <br><br> Appellees | Case No. 23-1286 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of all Appellants certifies[1] as follows:

      There is no information to disclose pursuant to Fed. R. App. P. 26.1.

<u>September 28, 2023</u>
Date

<u>/s/*Daniel K. Calisher*</u>
Daniel K. Calisher
360 South Garfield Street, 6th Floor
Denver, CO 80209
Telephone: (303) 333-9810
calisher@fostergraham.com
*Attorney for Appellants*

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

## CERTIFICATE OF SERVICE

I, <u>Daniel K. Calisher</u>, hereby certify that on <u>September 28, 2023</u>, I served a copy of the foregoing **Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**, via electronic mail to the following:

Gassan A. Baloul
Gassan.baloul@squirepb.com

Mitchell R. Berger
Mitchell.berger@squirepb.com

Zachary A. Avallone
Zachary.a.avallone@usdoj.gov

           s/ *Daniel K. Calisher*
           Signature

           September 28, 2023
           Date

           Daniel K. Calisher
           316 S. Garfield St., 6th Floor
           Denver, CO 80209
           calisher@fostergraham.com
           (303)333-9810
           Attorney for Appellants