**10th CIR. FORM 4. DISCLOSURE STATEMENT**

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| CHAYA WERFEL, as personal representative of the Estate of Joseph Werfel, et al., <br><br> Appellants <br><br> v. <br><br> PALESTINE LIBERATION ORGANIZATION, et al. <br><br> Appellees | Case No. 23-1286 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of all Appellees, certifies[1] as follows:

>   There is no information to disclose pursuant to Fed. R. App. P. 26.1.

September 29, 2023
Date

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Gassan A. Baloul*
    Gassan A. Baloul
    2550 M Street NW
    Washington, DC 20037
    Telephone: (202) 457-6000
    gassan.baloul@squirepb.com
    *Counsel for Appellees*

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

>All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case.

<u>September 29, 2023</u>
Date

SQUIRE PATTON BOGGS (US) LLP

By: <u>/s/ *Gassan A. Baloul*</u>
    Gassan A. Baloul
    2550 M Street NW
    Washington, DC 20037
    Telephone: (202) 457-6000
    gassan.baloul@squirepb.com
    *Counsel for Appellees*