**FILED**
United States Court of Appeals
Tenth Circuit

**November 1, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| CHAYA WERFEL, et al.,<br><br>  Plaintiffs - Appellants,<br><br>v.<br><br>THE PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>  Defendants - Appellees.<br><br>------------------------------<br><br>UNITED STATES OF AMERICA,<br><br>  Intervenor. | No. 23-1286<br>(D.C. No. 1:21-CV-03043-GPG-STV)<br>(D. Colo.) |
| CHAYA WERFEL, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>THE  PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>  Defendants - Appellees.<br><br>------------------------------<br><br>UNITED STATES OF AMERICA,<br><br>  Intervenor - Appellant. | No. 23-1335<br>(D.C. No. 1:21-CV-03043-GPG-STV)<br>(D. Colo.) |

_____

**ORDER**

_____

These matters are before the court on the parties' *Joint Motion to Consolidate and to Enter Revised Briefing Schedule*. In Appeal No. 23-1286, the plaintiffs in the underlying district court action appeal the district court's order and judgment [ECF Nos. 111, 112] in which it held that the consent provision of the Promoting Security and Justice for Victims of Terrorism Act of 2019 is unconstitutional, dismissed plaintiffs' federal claims for lack of personal jurisdiction, and declined to exercise jurisdiction over plaintiffs' Israeli law claims. In Appeal No. 23-1335, Intervenor United States appeals the same order and judgment.

Upon consideration, the court:

A.  Vacates the briefing and appendix schedule currently set in Appeal No. 23-1286; and

B.  Tolls briefing in Appeal Nos. 23-1286 pending receipt and review of the preliminary documents in Appeal No. 23-1335.

The preliminary documents in Appeal Nos. 23-1335 remain due on November 7, 2023.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk