UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

April 11, 2024

Mr. Joseph S. Alonzo
Squire Patton Boggs
1211 Avenue of the Americas, 26th Floor
New York, NY 10036

Mr. Gassan A. Baloul
Mr. Mitchell R. Berger
Mrs. Amy Brown Doolittle
Squire Patton Boggs
2550 M Street, NW
Washington, DC 20037

**RE:** 23-1286, 23-1335, Werfel, et al v. The Palestine Liberation Organization, et al
Dist/Ag docket: 1:21-CV-03043-GPG-STV

Dear Counsel:

Appellees' brief is deficient because:

There is no statement of the reason(s) oral argument is necessary. *See* 10th Cir. R. 28.2(C)(2).

You must file a corrected brief. Do not file paper copies of your brief until the court has received your corrected brief and has issued notice it is compliant.

The corrected brief must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

The time to file a reply brief will run from the date of service of appellee's corrected brief.

If you fail to correct the stated deficiency within three days of the date of this letter, the deficient brief will not be filed. In addition, the appellees will not be heard at oral argument unless the court grants permission. See Fed. R. App. P. 31(c).

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc: Zach A. Avallone
Daniel Calisher
Courtney Dixon
Asher Perlin
Michael A. Rollin
Chip G. Schoneberger
Sharon Swingle


CMW/sds