**SQUIRE⊙**
**PATTON BOGGS**

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, District of Columbia 20037

O   +1 202 457 6000
F   +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T   +1 202 457 6155
gassan.baloul@squirepb.com

May 24, 2024

**VIA CM/ECF**

Mr. David Tighe
Clerk of the Court
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, Colorado  80257

**Re: Notice of Supplemental Authority Under Rule 28(j) for *Werfel, et al. v. The Palestine Liberation Organization, et al.*, Nos: 23-1286 & 23-1335.**

Dear Mr. Tighe:

I enclose the recent order denying rehearing *en banc* in *Fuld v. PLO*, No. 22-76 (L) (2d Cir. 2024) and *Waldman v. PLO*, No. 15-3135 (L) (2d Cir. 2024), as supplemental authority under Rule 28(j). Both *Fuld* and *Waldman* were cited extensively in Defendants' brief (at 1, 4, 7, 13, 15-16, 29-30, 37, 41, 45-48).

In this order, the Second Circuit adhered to its prior decision that the PSJVTA violates due process. In an opinion concurring in the denial of rehearing *en banc*, and addressing a dissent to that denial, Judge Bianco reiterated the panel's conclusions that (i) none of the conduct alleged by the plaintiffs under the PSJVTA provides a valid basis for finding that the PA and PLO consented to personal jurisdiction in a federal court; (ii) the PSJVTA does not provide any "benefit" to the PA and PLO in exchange for their purported "consent"; and (iii) every circuit to address the issue has agreed that the standard for due process under the Fifth Amendment mirrors that of the Fourteenth Amendment.

Respectfully submitted,

Squire Patton Boggs (US) LLP

Gassan A. Baloul

cc:     All Counsel of Record via CM/ECF

Over 40 Offices across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.