UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| CHAYA WERFEL, as personal representative of the Estate of Joseph Werfel, et al.,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>THE PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>Defendants-Appellees<br><br>--------------------------<br><br>UNITED STATES OF AMERICA,<br><br>Intervenor. | Case No. 23-1286 |
| CHAYA WERFEL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE PALESTINE LIBERATION ORGANIZATION, et al.<br><br>Defendants-Appellees.<br><br>--------------------------<br><br>UNITED STATES OF AMERICA,<br><br>Intervenor-Appellant. | Case No. 23-1335 |

**NOTICE OF UNAVAILABILITY**

Plaintiffs-Appellants, Chaya Werfel, *et al.*, respectfully notify the Court of counsel's unavailability for oral argument between October 1, 2024 and October 25, 2024 and state as follows:

1. The above-referenced appeal has been fully briefed and oral argument has not been scheduled.

2. Plaintiffs-Appellants' undersigned counsel, Asher Perlin, has sole responsibility for the presentation of oral argument in this appeal.

3. Attorney Perlin will be out of the country and unavailable on the following dates due to preparation for, and observance of, several Jewish holidays: October 1, 2024 through October 25, 2024.

4. Plaintiffs-Appellants respectfully request that the Court not schedule the oral argument during the identified dates.

Respectfully submitted,

By: *s/ Chip G. Schoneberger*
Chip G. Schoneberger
Daniel K. Calisher
Michael A. Rollin
FOSTER GRAHAM MILSTEIN & CALISHER, LLP
360 South Garfield Street, 6th Floor
Denver, CO 80209
Telephone: (303) 333-9810
cschoneberger@fostergraham.com
calisher@fostergraham.com
mrollin@fostergraham.com
*Counsel for Plaintiffs-Appellants*

By: s/ Asher Perlin
Asher Perlin
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Telephone: (786) 687-0404
asher@asherperlin.com
*Counsel for Plaintiffs-Appellants*

## **CERTIFICATE OF DIGITAL SUBMISSION**

Counsel certifies the ECF submission was scanned for viruses with Microsoft Defender on June 5, 2024, and, according to the program, the motion is free of viruses.

Dated: June 5, 2024.

                                                  LAW OFFICE OF ASHER PERLIN

                                                By: s/ Asher Perlin
                                                Asher Perlin
                                                4600 Sheridan Street, Suite 303
                                                Hollywood, Florida 33021
                                                Telephone: (786) 687-0404
                                                asher@asherperlin.com

                                                *Counsel for Plaintiffs-Appellants*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 5, 2024, I electronically filed the foregoing **NOTICE OF UNAVAILABILITY** with the Clerk of the Court using the *ECF* system which will serve a true and correct copy upon all counsel of record via *ECF*.

                                      s/ Asher Perlin
                                      Asher Perlin
                                      LAW OFFICE OF ASHER PERLIN
                                      4600 Sheridan Street, Suite 303
                                      Hollywood, Florida 33021
                                      Telephone: (786) 687-0404
                                      asher@asherperlin.com

                                      *Counsel for Plaintiffs-Appellants*